UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN

In Re: )  BK No.: 23-04283
)
Edyta Bidnik, )  Chapter: 7
) Honorable Deborah L. Thorne
)
)
Debtor(s) )

## ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY

This matter coming before the court on the motion of Matthew Gancarz ("Creditor") for relief from the automatic stay,
IT IS ORDERED:

(1) The motion is granted. The automatic stay is modified to authorize Matthew Gancarz to proceed with the Eviction Complaint against Edyta Bidnik pending in the Circuit Court of Cook County, Illinois, Case No. 20231700675, to obtain possession of the premises commonly known as 5614 W. Melrose St., Floor 1, Chicago, IL 60634, and to obtain a money judgment for post-petition rents, costs, and fees, as awarded by the state court against the Debtor, Edyta Bidnik.

(2) The stay in Rule 4001(a)(3) does not apply to this order.

Enter: *[signature]*

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated: April 27, 2023

**Prepared By:**

Arthur Corbin, ARDC#6305658
CORBIN LAW FIRM, LLC
636 S. River Road, Suite 201
Des Plaines, IL 60016
(773) 570-0054
arthur@corbin-law.com